**No. 42284.**—Petition 5755–R of Frank E. Beeson (New Orleans).

Opinion by CLINE, J. It was found that the petition does not appear to have been verified in accordance with the rules of the Customs Court (T. D. 48593). It did not appear from the record that the broker made any effort to ascertain the value of the merchandise before he made the entry. On the evidence presented the petition was denied. *Ittmann* v. *United States* (T. D. 49481) followed.

**No. 42285.**—Petition 5829–R of Dona Manufacturing Co. (San Diego).

Opinion by EVANS, J. It appeared that the price of nets fluctuates daily in England due to supply and demand and that there was no intention to misrepresent the facts, to defraud the revenue, or to deceive the appraiser as to the value of the goods. The petition was therefore granted.